HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorneys for Defendant
DAVID LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LARA,<br><br>Defendant. | Case No.   2:23-PO-00168-CKD<br><br>STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET A CHANGE OF PLEA HEARING<br><br>DATE:   November 6, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Whitnee Goins, Assistant United States Attorney, and Linda C. Harter, Assistant Federal Defender, attorney for DAVID LARA the following: By previous order, this matter was scheduled for a bench trial on November 6, 2023.

The parties have come to a resolution in this matter. The parties jointly move to vacate the bench trial and set a change of plea hearing on November 16, 2023 at 9:30 am.

                                                     Respectfully submitted,
                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

DATED: October 30, 2023                       */s/ Linda C. Harter*
                                                     LINDA C. HARTER
                                                     Assistant Federal Defender
                                                   Attorneys for Defendant DAVID LARA

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: October 30, 2023 | /s/ *Whitnee Goins*<br>WHITNEE GOINS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## O R D E R

**IT IS SO ORDERED** that the bench trial currently set for November 6, 2023 is VACATED. The change of plea and sentencing hearing is set for November 16, 2023 at 9:30 am.

Dated: November 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE